**Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00822-CV
_____

**TOKES ADELEYE, Appellant**

**V.**

**MAGARET MODUPE DRISCAL, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-66224**

---

_____

## NO. 14-16-00922-CV
_____

**IN RE TOKES ADELEYE, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**

---

## ORDER

On October 14, 2014, Tokes Adeleye filed a notice of appeal from the trial court's order signed October 8, 2014. That appeal was assigned to this court under our appellate case number 14-14-00822-CV. On March 8, 2016, this court issued an opinion affirming the trial court's judgment. On March 21, 2016, Adeleye notified this court that he filed for bankruptcy on January 1, 2013, prior to the trial court's order in this case. On April 28, 2016, this court abated the appeal and remanded to the trial court for consideration of the bankruptcy stay's effect on the trial court's judgment. The bankruptcy was discharged July 10, 2015.

On November 14, 2016, Adeleye filed a petition for writ of mandamus complaining of the trial court's order on remand. The original proceeding has been assigned our case number 14-16-00922-CV.

Today, the court, on its own motion, orders the appeal **REINSTATED** and set at issue. The appeal and the original proceeding are ordered **CONSOLIDATED.**

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.